## UNITED STATES *v.* NORTHEASTERN CONSTRUCTION COMPANY.

### APPEAL FROM THE COURT OF CLAIMS.

No. 12.. Argued November 24, 1922.—Decided December 4, 1922.

Decided on the authority of *United States* v. *Mason & Hanger Co.,* *ante*, 323.

56 Ct. Clms. 492, affirmed.

APPEAL by the United States from a judgment of the Court of Claims. See the per curiam decision of April 9, 1923, to be reported in volume 261, reaffirming the judgment after rehearing.

*Mr. Alfred A. Wheat,* Special Assistant to the Attorney General, with whom *Mr. Solicitor General Beck* was on the brief, for the United States.

*Mr. George A. King,* with whom *Mr. William B. King* and *Mr. George R. Shields* were on the brief, for appellee.

MR. JUSTICE MCKENNA delivered the opinion of the Court.

Judgment in this case was rendered at the same time as that in *Mason & Hanger Co.* v. *United States,* just decided, *ante,* 323.

The amounts only are different. In that case it was $2,500—in this case it is $150. In both, the amounts represented premiums on bonds and depend upon the same considerations. On the authority of the *Mason & Hanger Co. Case* the judgment of the Court of Claims in this case is

*Affirmed.*